IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY REDDING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STANLEY TUGGLE, et al., <br><br> Defendants. | 1:05-cv-2899-WSD |

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Linda T. Walker [71] regarding Defendants' Motion to Transfer this Case to Judge Thomas W. Thrash, Jr., and Magistrate Judge Janet F. King [19], and Defendants' Motion for Partial Judgment on the Pleadings [23]. The Magistrate Judge recommended Defendants' Motion to Transfer be denied, and Defendants' Motion for Partial Judgment on the Pleadings be granted in part and denied in part. Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984). After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions.

Accordingly,

**IT IS HEREBY ORDERED** that the Court **ADOPTS AS ITS ORDER** the Magistrate Judge's Report and Recommendation [71].  Defendants' Motion to Transfer [19] is **DENIED**.  Defendants' Motion for Partial Judgment on the Pleadings [23] is **GRANTED IN PART** and **DENIED IN PART**.  Defendants' motion is **GRANTED** with respect to Plaintiffs' Section 1983 and Title VII claims against Defendant Clayton County, Plaintiffs' Section 1981 claims against Defendant Clayton County and the individually named Defendants in their official capacities, Plaintiffs' Title VII claims against Defendants in their individual capacities, and Plaintiffs King and Moss' due process claims.  Defendants' motion is **DENIED** with respect to Plaintiffs' other claims.

**SO ORDERED** this 31st day of July, 2006.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE